ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
B3 Enterprises, LLC ) ASBCA No. 59787
)
Under Contract No. FA7000-14-C-0020 )

APPEARANCES FOR THE APPELLANT: Johnathan M. Bailey, Esq.
Kristin E. Zachman, Esq.
Bailey & Bailey, P.C.
San Antonio, TX

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Jeffrey P. Hildebrant
Deputy Chief Trial Attorney
Phillip E. Reiman, Esq.
Capt Marc P. Mallone, USAF
Trial Attorneys

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. Accordingly, this appeal is dismissed with prejudice.

Dated: 16 June 2016

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59787, Appeal of B3 Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals